Certificate Number: 05781-NJ-DE-041191159

Bankruptcy Case Number: 26-16582



05781-NJ-DE-041191159

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 10, 2026, at 11:32 o'clock AM PDT, Catherine Munoz Cruz completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  July 10, 2026                    By:     /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title:  President