Certificate Number: 05781-NJ-DE-041177451

Bankruptcy Case Number: 26-17373



05781-NJ-DE-041177451

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 7, 2026, at 12:01 o'clock PM PDT, Manuel Dasilva completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   July 7, 2026                         By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President